IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM W. ZUCK, ) | CASE NO. 4:10CV3203 |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | MEMORANDUM |
| ) | AND ORDER |
| DIANE J. SABATKA-RINE, Warden, ) | |
| and ROBERT P. HOUSTON, Director: ) | |
| Nebraska Department of Correctional ) | |
| Services, ) | |
| ) | |
| Respondents. ) | |

This matter is before the court on Petitioner's Motion for Reconsideration. (Filing No. 14.) In his Motion, Petitioner asks the court to reconsider its November 15, 2010, Memorandum and Order. (Filing No. 12.) The court has carefully reviewed Petitioner's Motion and finds no good cause to reconsider its November 15, 2010, Memorandum and Order.

IT IS THEREFORE ORDERED that Petitioner's Motion for Reconsideration (filing no. 14) is denied.

DATED this 15th day of December, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.